Larry Rollins
c/o Jacek W. Lentz
9171 Wilshire Blvd., Suite 500
Beverly Hills, CA 90210
Telephone: (213) 250 - 9200
Facsimile: (888) 571 - 5591
Email: jwl@lentzlawfirm.com

**Claimant In Pro Per**

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JUL 26 2023

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> $60,000 IN UNITED STATES CURRENCY AND $98,040 IN UNITED STATES CURRENCY, <br><br> Defendant(s). | Case No. 1:23-CV-01162-MLB <br><br> **VERIFIED CLAIM AND STATEMENT OF INTEREST FOR <u>CLAIMANT IN PRO PER LARRY ROLLINS</u>** |

**Claimant In Pro Per** Larry Rollins hereby makes claim to all of the defendant properties in this case, specifically as follows:

1. $60,000 IN UNITED STATES CURRENCY
2. $98,040 IN UNITED STATES CURRENCY

I.

**VERIFIED CLAIM AND STATEMENT OF INTEREST**     -1-

Claimant has the right to make this claim by virtue of the fact that he is the owner of the defendant properties. The defendant properties constitute Claimant's life savings, most if not all them are winnings from legal sports betting won between 2020 and 2022.

II.

The property claimed by the Claimant shall be returned to Claimant for the reason that the said property was not and is not subject to seizure or forfeiture pursuant to Title 18, United States Code, Section 983(d) or any other statute. Claimant would further show that no probable cause existed for the seizure of such property and such property was unlawfully seized.

### VERIFICATION

I, Larry Rollings, verify that I have read the foregoing Claim, and declare under the penalty of perjury that the allegations therein are true and correct.

Executed this 24TH day of July, 2023.

Respectfully submitted,

By: *Larry Rollins* (signature)
Larry Rollins
**Claimant In Pro Per**

VERIFIED CLAIM AND STATEMENT OF INTEREST      -2-

## PROOF OF SERVICE

I, Gina Garfias, declare as follows:

I am over the age of eighteen years, and not a party to the within case; my business address is The Lentz Law Firm, P.C., 9171 Wilshire Blvd, Suite 500, Beverly Hills, California 90210. July 25, 2023, I served the within:

**VERIFIED CLAIM AND STATEMENT OF INTEREST BY CLAIMANT IN PRO PER LARRY ROLLINS**

in the United States District Court, for the Northern District of Georgia, Atlanta Division, Court Case No.1:23-CV-01162-MLB, by sending a true copy thereof, as indicated and addressed as follows:

Norman L. Barnett
Assistant United States Attorney
75 Ted Turner Drive, S.W.,
Suite 600
Atlanta, GA, 30303

[X] **(BY MAIL)** By placing such document in an envelope, with postage thereon fully prepaid for First Class Mail. I am readily familiar with the process of collection and processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is placed for collection.

[ ] **(BY PERSONAL SERVICE)** By causing such document to be delivered by hand with instructions that it be personally served.

[ ] **(BY FACSIMILE)** By placing such document for collection and transmission at the office of The Lentz Law Firm, P.C., Los Angeles, California, to the facsimile numbers listed above. I am readily familiar with the practice of The Lentz Law Firm, P.C., for collection and processing of facsimiles, said practice being that in the ordinary course of business, facsimiles are transmitted immediately after being placed for processing.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on July 25, 2023, at Beverly Hills, CA.


Gina Garfias

PROOF OF SERVICE

